

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00403-CV

| | | |
|---|---|---|
| In the Interest of L.A., a Child | § | From County Court at Law No. 1 |
| | § | of Parker County (CIV16-0753) |
| | § | April 6, 2017 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
 Justice Bonnie Sudderth